1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA PRATHER | Case No. CIV-08-1476 EFB |
| Plaintiff, | [PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE **Commissioner of Social Security of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 16, 2009 to May 7, 2009. This extension is required due to the fact that Plaintiff's counsel mistakenly re-calendared this case for the wrong date.

/ / / /

/ / / /

/ / / /

| | |
|---|---|
| Dated: April 20, 2009 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: April 20, 2009 | Lawrence G. Brown<br>United States Attorney<br>*/s/ Jacqueline Forslund*<br>JACQUELINE FORSLUND<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 20, 2009

EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE